UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No:  2:13-cv-793-FtM-38CM

34 LUXURY VEHICLES,

    Defendants *in rem*.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the docket. The Court granted claimant JITCO Group Limited's request to sever. ([Doc. #75](#)). As a result, the Court directs the Clerk to open a new case for the severed JITCO claim. The new JITCO case shall have a copy of the same documents as this underlying action; shall be titled, "United States of America v. 8 Luxury Vehicles;" and shall be resolved by the same district and magistrate judge. The new JITCO case is only for the resolution of the claims against and cross claims by JITCO. After the case has been properly severed in CM/ECF, the JITCO attorneys, Gregory W. Kehoe, Erik D. Smithweiss, and Surjit P. Soni, shall be terminated from this underlying action so that they no longer receive CM/ECF notices related to this underlying action. All relevant United States and JITCO attorneys shall file pertinent

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

JITCO motions, pleadings, etc. in the new case docket. In accordance with this Order, the Clerk may issue any text notice the Clerk deems appropriate.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record