UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No: 2:15-cv-91-FtM-38CM

8 LUXURY VEHICLES,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Claimant JITCO Group Limited's Motion for a Pre-Trial Determination and/or Summary Judgment on the Issue of Probable Cause (Doc. #92) filed on February 17, 2015. JITCO seeks the return of its eight vehicles.[2] After this motion was filed, the United States moved to dismiss its claim against JITCO's eight vehicles. (Doc. #103). In its motion, the United States recognized if its claim was dismissed, then JITCO's eight vehicles would be returned. (See Doc. #103, at 5). On February 10, 2015, the Court granted the United States' motion to dismiss, and as a result, JITCO's eight vehicles will be returned. (Doc. #111). Now, this instant motion is moot.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

[2] JITCO's eight vehicles are identified by their VIN numbers: 5UXZV4C56D0E00403, 5UXZV4C53D0E05977, 5UXZV4C57D0E05982, 5UXZV4C55D0E5978, 5UXZV4C58D0E06056, 5UXZV4C52D0E05856, 5UXZV4C50D0E05855, and 5UXZV4C59D0E05837.

**ORDERED:**

Claimant JITCO Group Limited's Motion for a Pre-Trial Determination and/or Summary Judgment on the Issue of Probable Cause ([Doc. #92](Doc. #92)) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2