UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

USA,

           Plaintiff,

v.                                          Case No:   2:15-cv-91-FtM-38CM

8 LUXURY VEHICLES and JITCO
GROUP LIMITED,

           Defendants.

_____/

**<u>ORDER</u>**[1]

    This matter comes before the Court on Magistrate Judge Carol Mirando's Report and Recommendation on Defendant JITCO Group Limited's ("JITCO") Motion for Attorneys' Fees and Costs (Doc. #144), the Parties' Joint Notice of Settlement (Doc. #145), and the Parties' Joint Stipulation of Voluntary Withdrawal with Prejudice of JITCO's Motion for Attorneys' Fees and Costs (Doc. #146).

    On February 24, 2015, JITCO filed a Motion for Attorneys' Fees and Costs (Doc. #115), to which Plaintiff United States responded on April 1, 2015 (Doc. #122). Thereafter, Magistrate Judge Carol Mirando issued a Report and Recommendation, recommending that the Motion be granted in part and denied in part (Doc. #144).  Now, the Parties have alerted the Court that they jointly stipulate to the withdrawal with prejudice of JITCO's Motion on the basis of a settlement agreement.  (Doc. #146).  The

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Parties ask the Court to retain jurisdiction over this action to adjudicate any issues arising out of that settlement agreement.  (Doc. #146).  The Court finds good cause to grant the Parties' Joint Stipulation (Doc. #146).

Accordingly, it is now

**ORDERED:**

1. Defendant JITCO Group Limited's Motion for Attorneys' Fees and Costs (Doc. #115) and Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #144) are **TERMINATED as moot**.

2. This action is **DISMISSED without prejudice** subject to the right of any Party, within sixty (60) days from the date of this Order, October 16, 2015, to submit a stipulated form of final judgment or request an extension of time, should they so choose, or for any Party to move to reopen the action, upon a showing of good cause.  *See* Local Rule 3.08(b).  After the sixty (60) day period, however, without further order, this dismissal shall be deemed *with prejudice.*

3. The Clerk is directed to terminate any previously scheduled deadlines and administratively close the case pending further order.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of August, 2015.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies:  All Parties of Record